IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| DAVID KOZEL, | ) | Case No. 7:16-cv-01672-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEBORAH L. KOZEL, MICHAEL E. SPEARS, ESQ., DALLAS C. KOZEL, INDIA L. KOZEL, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

The parties are hereby advised that no motion to compel may be filed in this matter without the parties first satisfying the following procedure: (1) Any party seeking to compel the production of any discovery response shall provide written notice to the opposing party; (2) counsel with the full authority to resolve the discovery dispute must thereafter meet in person within five business days of receipt of the notice with opposing counsel with full authority to resolve the discovery dispute in a good faith effort to resolve the disputed matter; and (3) if opposing counsel have reached an impasse in resolving the discovery dispute, counsel must, within five business days after the unsuccessful face to face meeting, schedule a mediation with Jean H. Toal, the court designated mediator, in an effort to resolve the discovery dispute.

The parties are to split Ms. Toal's mediation fees of $450 per hour equally. If Ms. Toal determines that a request is made in bad faith or is otherwise frivolous, she may recommend to the Court that the fees be split in a different manner. If the mediation effort is unsuccessful, a party may then move to compel the disputed discovery responses, and

1

the opposing party may file a response in opposition within three business days thereafter.

IT IS SO ORDERED.

s/Donald C. Coggins, Jr.<br>United States District Judge

December 12, 2018
Spartanburg, South Carolina